IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 04–cr–00360–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LUIS DOMINGUEZ,
    a/k/a "Ludacris",

    Defendant.

## ORDER

Upon consideration of Defendant's motion (#69) to reduce his sentence and upon review of the file, the court notes that Defendant was represented by retained counsel, Harvey Steinberg. It is therefore

**ORDERED** as follows:

1. Within twenty days of the posting of this order, Defendant shall file notice with the court stating whether he wishes to continue retention of Mr. Steinberg, whether he wishes the court to appoint counsel under the Criminal Justice Act, or whether he wishes to represent himself on this motion.

2. The clerk of the court shall, either by means of the ECF system or by conventional means, notify Mr. Steinberg of this order. The clerk will also notify Defendant of the address and telephone number at which Mr. Steinberg can be reached.

Dated this 5th day of March, 2008.

                                BY THE COURT:

                                <u>s/ Edward W. Nottingham</u>
                                EDWARD W. NOTTINGHAM
                                Chief United States District Judge